UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.BRUCE CHASHIN, derivatively on behalf of COMMONWEALTH REIT,<br><br>Plaintiff,<br><br>-against-<br><br>REIT MANAGEMENT & RESEARCH LLC, BARRY M. PORTNOY, ADAM D. PORTNOY, JOHN C. POPEO, FREDERICK N. ZEYTOONJIAN, PATRICK F. DONELAN, WILLIAM A. LAMKIN and JOSEPH L. MOREA,<br><br>Defendants.<br><br>-and-<br><br>COMMONWEALTH REIT,<br><br>Nominal Defendant. | Civil Action No.:   1:13-cv-12472-DJC |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice and without fees or costs to any party, prior to service by defendants of either an answer to the complaint or a motion for summary judgment.

/s/ David Pastor
David Pastor (BBO#391000)
dpastor@pastorlawoffice
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Telephone:  (617) 742-9700
Facsimile:  (617) 742-9701

SQUITIERI & FEARON LLP
Olimpio Squitieri
lee@sfclasslaw.com
32 East 57th Street
12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

HARWOOD FEFFER LLP
Robert I. Harwood
rharwood@hfesq.com James
G. Flynn jflynn@hfesq.com
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2014.

/s/ David Pastor
David Pastor